# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2875
L.T. Case No. 16-2022-CA-5486

_____

EDDIE C. HALL and
JACQUELINE C. HALL,

     Appellants,

     v.

BRANDON CHASE HOMEOWNERS
ASSOCIATION, INC.,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Hunt Daniel, Judge.

Eddie C. Hall and Jacqueline C. Hall, Jacksonville, pro se.

No Appearance for Appellee.

January 28, 2025

PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____